UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:23-CR-00202(1)-ADA |
| | § | |
| (1) DERRICK TERRILL NIX | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  October 5, 2023

the United States Probation Office filed a Petition For Warrant or Summons For

Offender Under Supervision for Defendant (1) DERRICK TERRILL NIX, which

alleged that Nix violated a condition of his supervised release and recommended that

Nix 's supervised release be revoked (Clerk's  Document No. 2).  A warrant issued and

Nix was arrested.  On October 20, 2025, Nix appeared before a United States

Magistrate Judge, was ordered detained, and a revocation of supervised release hearing

was set.

Nix appeared before the magistrate judge on October 28, 2025, waived his right to

a preliminary hearing and to be present before the United States District Judge at the

time of modification of sentence, and consented to allocution before the magistrate

judge.  Following the hearing, the magistrate judge signed his report and

recommendation on October 30, 2025, which provides that having carefully considered

all of the arguments and evidence presented by the Government and Defendant, based on

the original offense and the intervening conduct of Nix, the magistrate judge

recommends that this court revoke Nix supervised release and that Nix be sentenced to

imprisonment for TWELVE (12) MONTHS AND ONE (1) DAY, with no term

supervised  release to follow the term of imprisonment, with credit for time served. The

undersigned further RECOMMENDS that this sentence run concurrently with his

sentence in Cause No. 6:23-CR00203.  (Clerk's  Document  No. 14).

A party may serve and file specific,  written  objections to the proposed  findings

and recommendations of a magistrate  judge within fourteen  days after being served

with a copy of the report and recommendation, and thereby secure a *de novo* review by

the district court. *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).  A party's failure to

timely file written  objections to the proposed findings, conclusions, and

recommendation in a report and recommendation bars that party, except upon grounds

of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and

legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,*

79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of

the consequences of a failure to file objections.

On October 28, 2025, following the hearing on the motion to revoke supervised

release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To

Report  and Recommendation OfUnited States Magistrate Judge (Clerk's Document No.

13). The court, having reviewed the entire record  and  finding no plain  error, accepts

and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate  Judge  filed  in this  cause  (Clerk's Document No. 14 )  is

hereby  ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant  (1) DERRICK TERRILL NIX's

term of supervised  release is hereby REVOKED.

**IT IS FURTHER  ORDERED** that Defendant (1) DERRICK TERRILL NIX be

imprisoned for  TWELVE (12) MONTHS AND ONE (1) DAY with no term of supervised

release, with credit for time served. This sentence run concurrently with the sentence in Cause

No. 6:23-CR00203.

Signed this 4th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE